| FORM B1 | United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**ANDERSON, STEVEN LLOYD** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names)<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all)  **xxx-xx-8243** | Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all) |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>**114 LARKSPUR DRIVE**<br>**Altamonte Springs, FL 32701** | Street Address of Joint Debtor (No & Street, City, State & Zip Code) |
| County of Residence or of the<br>Principal Place of Business  **Seminole** | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U S C  § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U S C  § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only )<br> Must attach signed application for the court's consideration<br> certifying that the debtor is unable to pay fee except in installments<br> Rule 1006(b) See Official Form No 3<br>**\*\*\* Paul L Urich 0088780 \*\*\*** |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there<br> will be no funds available for distribution to unsecured creditors | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | |
|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

982352
Cash 194

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s) **ANDERSON, STEVEN LLOYD** | FORM B1 Page 2 |
|---|---|---|

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed   - None - | Case Number | Date Filed |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor - None - | Case Number | Date Filed |
|---|---|---|
| District | Relationship | Judge |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Debtor **STEVEN LLOYD ANDERSON**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

6/17/04
Date

X _____
Signature of Attorney
Signature of Attorney for Debtor(s)
**Paul L. Urich 0088780**
Printed Name of Attorney for Debtor(s)
**Law Offices of Paul L Urich, P.A**
Firm Name
**1510 E. Colonial Dr.**
**Suite 204**
**Orlando, FL 32803**
Address
**(407) 896-3077  Fax. (407) 896-3041**
Telephone Number
6 – 18 04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code specified in this petition

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____          6/18/04
Signature of Attorney for Debtor(s)            Date
**Paul L  Urich 0088780**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U S C § 110(c) )

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title  1 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C  § 110, 18 U S C  § 156

# United States Bankruptcy Court
## Middle District of Florida

In re    **STEVEN LLOYD ANDERSON** _____    Case No _____

                                           Debtor(s)          Chapter    **13** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge

Date    _6/17/04_        _____

                                 **STEVEN LLOYD ANDERSON**
                                 Signature of Debtor

STEVEN LLOYD ANDERSON
114 LARKSPUR DRIVE
Altamonte Springs, FL 32701

Collection Bureau of Orlando
1595 South Semoran Boulevard
Winter Park, FL 32792

JOE RILEY
PO BOX 948075
Maitland, FL 32794-8075

Paul L Urich
Law Offices of Paul L Urich, P A
1510 East Colonial Drive
Suite 204
Orlando, FL 32803

Collection Bureau of Orlando
PO BOX 6060
Winter Park, FL 32793

KASS SHULER SOLOMON ET AL
P O BOX 800
Tampa, FL 33601

ANDERSON FIN NETWORK
PO BOX 3427
Bloomington, IL 61702

CREDIT CONTROL
498 PALM SPRINGS BLV STE 345
Altamonte Springs, FL 32701-7847

KASS SHULER SOLOMON ET AL
1505 N FLORIDA AVE
PO BOX 800
Tampa, FL 33601-0800

AT7T WIRELESS
151 S WYMORE RD
Altamonte Springs, FL 32714

CREDIT INTERCHANGE
PO BOX 1335
Buffalo, NY 14240-1335

MCI
PO BOX 4450
Bridgeton, MO 63044

ATTENTION LLC
PO BOX 2308
Sherman, TX 75091-2308

CROSS COUNTRY BANK
PO BOX 15371
Wilmington, DE 19850

MIDLAND MORTGAGE
PO BOX 26648
Oklahoma City, OK 73126

ATTENTION!
2812 SPRING RD STE 250
Atlanta, GA 30339

CROSS COUNTRY BANK
PO BOX 15371
Wilmington, DE 19850

MOROOSE REYNOLDS ET AL
661 E ALTAMONTE DRIVE ST 312
Altamonte Springs, FL 32701-5103

ATTENTION!
2812 SPRING RD STE 250
Atlanta, GA 30339

FLORIDA HOSPITAL
PO BOX 538800
Orlando, FL 32853-8800

NBGL-PARISIAN
750 LAKESHORE PKWY
Birmingham, AL 35211

BELLSOUTH
PO BOX 740315
Atlanta, GA 30374-0315

FLORIDA HOSPITAL
PO BOX 538800
Orlando, FL 32853-8800

NCOFINC/MAIN
PO BOX 41457
Philadelphia, PA 19101-1457

CBCS
236 EAST TOWNE
Columbus, OH 43215

FLORIDA RADIOLOGY ASSC
PO BOX 150505
Altamonte Springs, FL 32715

PARK DANSON
113 W 3RD AVE
Gastonia, NC 28052

PBC
PO BOX 9007
Pleasanton, CA 94566

ZENITH ACQUISTIONS
220 JOHN GLEEN DR
AMHERST, NY 14228

PLAZA ASSC
PO BOX 18008
Hauppauge, NY 11788-8808

PROFESSIONAL COLLECTION
PO BOX 538092
ORLANDO, FL 32853-8092

PROFESSIONAL COLLECTION
PO BOX 538092
ORLANDO, FL 32853-8092

PROVIDIAN
PO BOX 9180
Pleasanton, CA 94566

SPRINT
PO BOX 740602
Cincinnati, OH 45274-0602

STERLING AND KING
500 SR 436 STE 20742
Casselberry, FL 32707

TXACO/CITI
PO BOX 15687
Wilmington, DE 19850

USA ENTERPRISES INC
A DEBT COLLECTION AGENCY
78A TRACEY ROAD
Huntingdon Valley, PA 19006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| Debtor's Signature | Date | Case Number |

(Date: 6/17/04)

# United States Bankruptcy Court
## Middle District of Florida

In re    **STEVEN LLOYD ANDERSON**

Debtor

Case No _____

Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 90,000.00 | | |
| B - Personal Property | Yes | 4 | 16,413.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 88,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 6,759.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,278.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 2,226.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 106,413.00 | | |
| Total Liabilities | | | | 94,759.76 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston IL - (800) 492-8037

In re  **STEVEN LLOYD ANDERSON**                                        Case No _____

,

                                                Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write ' None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim (See Schedule D ) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **114 LARKSPUR DR ALTAMONTE SPRINGS, FL 32701** | **FEE SIMPLE** | - | **90,000.00** | **88,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **90,000.00** | (Total of this page) |
| Total > | **90,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston IL - (800) 492-8037

In re **STEVEN LLOYD ANDERSON**     Case No _____

_____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | | $20 | - | 20.00 |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | CHECKING CENTRAL FL ED FCU ORLANDO, FL | - | 25.00 |
| | | | SAVINGS CENTRAL FL ED FCU ORLANDO, FL | - | 50.00 |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | | PROGRESS ENEGERY (200) , GAS (200), PHONE (200). | - | 600.00 |
| 4 | Household goods and furnishings, including audio video, and computer equipment | | SOFA 25 COFFEE TABLE 10 TV 25 VCR 10 DVD PLAYER 25 STEREO 15 END TABLE 10 LAMP 10 BOOKSHELF 25 LOVESEAT 25 PICTURE 25 SATELLITE 25 TABLE 25 CHAIRS 10 TABLE 25 CHAIRS 10 STOVE 50 FRIDGE 25 TELEPHONE 10 DESK 50 COMPUTER 100 LAWNMOWER 25 BICYCLE 15 WASHER 25 DRYER 25 VACUUM 10 BED 50 BEDSIDE TABLE 10 LAMP 10 CHEST 25 BED 25 BEDSIDE TABLE 10 LAMP 10  CHEST 25 DRESSER 25 LAMP 10 | - | 835.00 |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6 | Wearing apparel | | CLOTHING | - | 50.00 |
| 7 | Furs and jewelry | | WATCH (10) | - | 10.00 |
| 8 | Firearms and sports, photographic, and other hobby equipment | | BIKE (40), OLDER CAMPING GEAR (50). | - | 90.00 |

Sub-Total > 1,680.00
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston, IL - (800) 492-8037

In re __STEVEN LLOYD ANDERSON_____,    Case No _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9   Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10  Annuities Itemize and name each issuer | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Itemize | | **403 B FROM COUNTY** | - | **5,453.00** |
| 12  Stock and interests in incorporated and unincorporated businesses Itemize | X | | | |
| 13  Interests in partnerships or joint ventures Itemize | X | | | |
| 14  Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15  Accounts receivable | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled Give particulars | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds Give particulars | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |

Sub-Total >       **5,453.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 21  Patents, copyrights and other intellectual property Give particulars | X | | | |
| 22  Licenses, franchises, and other general intangibles Give particulars | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories | | JUNK 1991 NISSAN SENTRA $30, NO TITLE | - | 30.00 |
| | | 1986 PONTIAC GRAND AM 140K WEAK A/C ROUGH | - | 250.00 |
| | | 1999 LANDROVER DISCOVERY SD 62 K MI NO DUAL SUNROOFS, HK STEREO. NO BUMPER, DENTED DOOR, HARD USE, OFF ROAD | - | 9,000.00 |
| 24  Boats, motors, and accessories | X | | | |
| 25  Aircraft and accessories | X | | | |
| 26  Office equipment, furnishings, and supplies | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 28  Inventory | X | | | |
| 29  Animals | X | | | |
| 30  Crops - growing or harvested Give particulars | X | | | |
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |

Sub-Total >         **9,280.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **STEVEN LLOYD ANDERSON**                                    Case No _____

_____
                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33  Other personal property of any kind not already listed | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **16,413.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston  IL - (800) 492-8037

In re    **STEVEN LLOYD ANDERSON**                              Case No _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*

☐ 11 U S C §522(b)(1)     Exemptions provided in 11 U S C §522(d) Note These exemptions are available only in certain states

■ 11 U S C §522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br>**114 LARKSPUR DR** <br>**ALTAMONTE SPRINGS, FL 32701** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222 02, 222.05** | **90,000.00** | **90,000.00** |
| **Cash on Hand** <br>**$20** | **Fla. Const. art. X, § 4(a)(2)** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br>**CHECKING** <br>**CENTRAL FL ED FCU** <br>**ORLANDO, FL** | **Fla. Const. art. X, § 4(a)(2)** | **25 00** | **25.00** |
| **SAVINGS** <br>**CENTRAL FL ED FCU** <br>**ORLANDO, FL** | **Fla. Const art. X, § 4(a)(2)** | **50.00** | **50.00** |
| **Security Deposits with Utilities, Landlords, and Others** <br>**PROGRESS ENEGERY (200) , GAS (200), PHONE (200)** | **Fla. Const. art. X, § 4(a)(2)** | **600.00** | **600 00** |
| **Household Goods and Furnishings** <br>**SOFA 25 COFFEE TABLE 10 TV 25 VCR 10 DVD PLAYER 25 STEREO 15 END TABLE 10 LAMP 10 BOOKSHELF 25 LOVESEAT 25 PICTURE 25 SATELLITE 25 TABLE 25 CHAIRS 10 TABLE 25 CHAIRS 10 STOVE 50 FRIDGE 25 TELEPHONE 10 DESK 50 COMPUTER 100 LAWNMOWER 25 BICYCLE 15 WASHER 25 DRYER 25 VACUUM 10 BED 50 BEDSIDE TABLE 10 LAMP 10 CHEST 25 BED 25 BEDSIDE TABLE 10 LAMP 10 CHEST 25 DRESSER 25 LAMP 10** | **Fla. Const. art X, § 4(a)(2)** | **125.00** | **835 00** |
| **Wearing Apparel** <br>**CLOTHING** | **Fla Const. art. X, § 4(a)(2)** | **50 00** | **50.00** |
| **Furs and Jewelry** <br>**WATCH (10)** | **Fla. Const art X, § 4(a)(2)** | **10.00** | **10.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br>**BIKE (40), OLDER CAMPING GEAR (50).** | **Fla. Const. art. X, § 4(a)(2)** | **90.00** | **90.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br>**403 B FROM COUNTY** | **Fla. Stat. Ann. §§ 121.131, 121.055(6)(e)** | **5,453.00** | **5,453.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br>**JUNK 1991 NISSAN SENTRA $30, NO TITLE** | **Fla Const. art. X, § 4(a)(2)** | **30.00** | **30.00** |

    _1_    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanstor, IL - (800) 492-8037          Best Case Bankruptcy

In re  **STEVEN LLOYD ANDERSON**                                                Case No _____

                                                           ,
                                            Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **1999 LANDROVER DISCOVERY SD 62 K MI NO DUAL SUNROOFS, HK STEREO. NO BUMPER, DENTED DOOR, HARD USE, OFF ROAD.** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **9,000 00** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(12/03)

In re   **STEVEN LLOYD ANDERSON** _____,   Case No. _____
                                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE. AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No<br><br>**KASS SHULER SOLOMON ET AL**<br>**P O BOX 800**<br>**Tampa, FL 33601** | | - | | **NOTIFICATION**<br><br>**NOTIFICATION ONLY**<br><br>Value $          0.00 | | | | 0.00 | 0.00 |
| Account No **46735816**<br><br>**MIDLAND MORTGAGE**<br>**PO BOX 26648**<br>**Oklahoma City, OK 73126** | | - | | **10/99**<br><br>**REAL ESTATE MORTGAGE**<br><br>**114 LARSPUR DR**<br>**ALTAMONTE SPRINGS, FL**<br>Value $       90,000.00 | | | | 88,000.00 | 0.00 |
| Account No | | | | <br><br>Value $ | | | | | |
| Account No | | | | <br><br>Value $ | | | | | |
| **0**   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 88,000.00 | |
| | | | | Total<br>(Report on Summary of Schedules) | | | | 88,000.00 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re **STEVEN LLOYD ANDERSON**  Case No _____

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided  Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name  mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U S C  § 507 (a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment

**0** continuation sheets attached

In re  **STEVEN LLOYD ANDERSON**                                    Case No _____

_____,
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address. including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor"  include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | Husband Wife Joint or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No  **2005170167**<br><br>**ANDERSON FIN NETWORK**<br>**PO BOX 3427**<br>**Bloomington, IL 61702** | - | | | | 2/03<br>COLLECTION | | | | 286.00 |
| Account No<br><br>Representing:<br>**ANDERSON FIN NETWORK** | | | | | **SPRINT**<br>**PO BOX 740602**<br>**Cincinnati, OH 45274-0602** | | | | |
| Account No  **17500000023684426**<br><br>**AT7T WIRELESS**<br>**151 S WYMORE RD**<br>**Altamonte Springs, FL 32714** | - | | | | 6/99<br>CHARGOFF | | | | 337.00 |
| Account No  **4108229**<br><br>**ATTENTION!**<br>**2812 SPRING RD STE 250**<br>**Atlanta, GA 30339** | - | | | | 10/03<br>COLLECTION<br>ACCOUNTS INCLUDE BUT ARE  NOT LIMITED<br>TO 4099868 4095309 4091197<br>LISTED FOR NOTIFICATION OF G CREDITOR<br>FLORIDA HOSPITAL | | | | 1.00 |

| **6**  continuation sheets attached | Subtotal<br>(Total of this page) | 624.00 |
|---|---|---|

Copyright (c) 1996-2004 - Best Case Solutions  Inc  Evanston, IL - (800) 492-8037                                    S/N 31972-040520   Best Case Bankruptcy

In re   **STEVEN LLOYD ANDERSON**                 Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  25643929<br><br>**CBCS**<br>**236 EAST TOWNE**<br>**Columbus, OH 43215** | - | | 7/02<br>**COLLECTION**<br>**BELLSOUTH** | | | | **340.00** |
| Account No<br><br>Representing:<br>**CBCS** | | | **BELLSOUTH**<br>**PO BOX 740315**<br>**Atlanta, GA 30374-0315** | | | | |
| Account No  341093001<br><br>**Collection Bureau of Orlando**<br>**1595 South Semoran Boulevard**<br>**Winter Park, FL 32792** | - | | 1/03<br>collection<br>**JOE RILEY** | | | | **25.00** |
| Account No<br><br>Representing:<br>**Collection Bureau of Orlando** | | | **JOE RILEY**<br>**PO BOX 948075**<br>**Maitland, FL 32794-8075** | | | | |
| Account No  897386<br><br>**CREDIT CONTROL**<br>**498 PALM SPRINGS BLV STE 345**<br>**Altamonte Springs, FL 32701-7847** | - | | 3/03<br>**COLLECTION CENTRAL FLORIDA** | | | | **14 00** |

| | |
|---|---|
| Sheet no __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)    **379 00** |

In re    **STEVEN LLOYD ANDERSON**                                          Case No. _____
_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No  422709725233<br><br>CROSS COUNTRY BANK<br>PO BOX 15371<br>Wilmington, DE 19850 | - | | | 6/98<br>CHARGOFF | | | | 2,785.00 |
| Account No<br><br>Representing.<br>CROSS COUNTRY BANK | | | | NCOFINC/MAIN<br>PO BOX 41457<br>Philadelphia, PA 19101-1457 | | | | |
| Account No  422709748344<br><br>CROSS COUNTRY BANK<br>PO BOX 15371<br>Wilmington, DE 19850 | - | | | 4/99<br>CHARGOFF | | | | 1,420.00 |
| Account No<br><br>Representing:<br>CROSS COUNTRY BANK | | | | USA ENTERPRISES INC!<br>A DEBT COLLECTION AGENCY<br>78A TRACEY ROAD<br>Huntingdon Valley, PA 19006 | | | | |
| Account No  12354014<br><br>FLORIDA HOSPITAL<br>PO BOX 538800<br>Orlando, FL 32853-8800 | - | | | 11/03<br>MEDICAL IN COLLECTION BY  MANY COLLECTION AGENCIES INCLUDING BUT NOT LIMITED TO ATTENTION!  AND PROFESSIONAL COLLECTION AND CREDIT BUREAU OF ORLANDO<br>CLAIM INCLUDES BUT IS NOT LIMITED TO 12354014 | | | | 177.00 |

Sheet no    **2**   of   **6**    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    | 4,382.00 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re   **STEVEN LLOYD ANDERSON**             Case No  _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband Wife, Joint or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | c | | | | | |
| Account No<br><br>Representing<br>FLORIDA HOSPITAL | | | | | ATTENTION LLC<br>PO BOX 2308<br>Sherman, TX 75091-2308 | | | | |
| Account No<br><br>Representing:<br>FLORIDA HOSPITAL | | | | | ATTENTION¹<br>2812 SPRING RD STE 250<br>Atlanta, GA 30339 | | | | |
| Account No<br><br>Representing:<br>FLORIDA HOSPITAL | | | | | Collection Bureau of Orlando<br>PO BOX 6060<br>Winter Park, FL 32793 | | | | |
| Account No<br><br>Representing:<br>FLORIDA HOSPITAL | | | | | FLORIDA HOSPITAL<br>PO BOX 538800<br>Orlando, FL 32853-8800 | | | | |
| Account No  **491794**<br><br>FLORIDA RADIOLOGY ASSC<br>PO BOX 150505<br>Altamonte Springs, FL 32715 | | | | | 2/04<br>MEDICAL , INCLUDES BUT IS NOT LIMITED TO STATED ACCOUNT<br>IN COLLECTION BY AT LEAST PCS | | | | **100.00** |

Sheet no  \_\_**3**\_\_ of \_**6**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal      **100.00**
                                  (Total of this page)

In re  **STEVEN LLOYD ANDERSON**                                    Case No _____

_____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband Wife Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No<br><br>Representing:<br>**FLORIDA RADIOLOGY ASSC** | | | | **PROFESSIONAL COLLECTION**<br>**PO BOX 538092**<br>**ORLANDO, FL 32853-8092** | | | | |
| Account No  **N/A**<br><br>**KASS SHULER SOLOMON ET AL**<br>**1505 N FLORIDA AVE**<br>**PO BOX 800**<br>**Tampa, FL 33601-0800** | | | - | **12/03**<br>**LAWSUIT /JUDGEMENT/FORECLOSURE**<br>**ATTORNEYS FOR PLAINTIFF**<br>**MORTGAGE ELECTRONIC REGISTRATION**<br>**SYSTEMS LISTED FOR NOTIFICATION** | | | | 1.00 |
| Account No  **24424**<br><br>**MOROOSE REYNOLDS ET AL**<br>**661 E ALTAMONTE DRIVE ST 312**<br>**Altamonte Springs, FL 32701-5103** | | | - | **12/03**<br>**MEDICAL INCLUDES BUT IS NOT LIMITED TO**<br>**ACCOUNT 24424** | | | | 50.00 |
| Account No  **90562000103242532**<br><br>**NBGL-PARISIAN**<br>**750 LAKESHORE PKWY**<br>**Birmingham, AL 35211** | | | - | **3/99**<br>**CHARGOFF**<br>**TRANSFER LISTED FOR NOTIFICATION** | | | | 1.00 |
| Account No  **102126888**<br><br>**PARK DANSON**<br>**113 W 3RD AVE**<br>**Gastonia, NC 28052** | | | - | **12/02**<br>**COLLECTION**<br>**MCI** | | | | 216.00 |

Sheet no __**4**__ of __**6**__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)   | 268.00 |

Copyright (c) 1996-2004 - Best Case Solutions  Inc - Evanston  IL - (800) 492-8037                        Best Case Bankruptcy

In re    **STEVEN LLOYD ANDERSON**                                    Case No _____

_____,

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No<br><br>Representing:<br>**PARK DANSON** | | | | | **MCI**<br>**PO BOX 4450**<br>**Bridgeton, MO 63044** | | | | |
| Account No  **01040630045**<br><br>**PROFESSIONAL COLLECTION**<br>**PO BOX 538092**<br>**ORLANDO, FL 32853-8092** | - | | | | **12/03**<br>**COLLECTION**<br>**FL HOSPITAL A/C MCARE**<br>**CLAIM INCLUDES BUT IS NOT LIMITED TO STATED ACCOUNT** | | | | 177.76 |
| Account No  **52837001**<br><br>**STERLING AND KING**<br>**500 SR 436 STE 20742**<br>**Casselberry, FL 32707** | - | | | | **4/99**<br>**COLLECTION**<br>**HILL ASSOC** | | | | 125.00 |
| Account No  **7286003061**<br><br>**TXACO/CITI**<br>**PO BOX  15687**<br>**Wilmington, DE 19850** | - | | | | **6/00**<br>**CHARGOFF** | | | | 180.00 |
| Account No<br><br>Representing:<br>**TXACO/CITI** | | | | | **CREDIT INTERCHANGE**<br>**PO BOX 1335**<br>**Buffalo, NY 14240-1335** | | | | |

Sheet no  __5__  of  __6__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

482.76

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

In re   **STEVEN LLOYD ANDERSON** _____,   Case No _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br><br>Representing:<br>**TXACO/CITI** | | | **PLAZA ASSC**<br>**PO BOX 18008**<br>**Hauppauge, NY 11788-8808** | | | | |
| Account No  **656926**<br><br>**ZENITH ACQUISTIONS**<br>**220 JOHN GLEEN DR**<br>**AMHERST, NY 14228** | | | **6/03**<br>**COLLECTION**<br>**PROVIDIAN**<br>**INCLUDES BUT IS NOT LIMITED TO**<br>**2000561474** | | | | **524.00** |
| Account No<br><br>Representing:<br>**ZENITH ACQUISTIONS** | | | **PBC**<br>**PO BOX 9007**<br>**Pleasanton, CA 94566** | | | | |
| Account No<br><br>Representing.<br>**ZENITH ACQUISTIONS** | | | **PROVIDIAN**<br>**PO BOX 9180**<br>**Pleasanton, CA 94566** | | | | |
| Account No | | | | | | | |

Sheet no  **6**  of  **6**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **524.00** |
| Total<br>(Report on Summary of Schedules) | **6,759.76** |

In re **STEVEN LLOYD ANDERSON**                                                      Case No _____
,
Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i e. "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors

■ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property State contract number of any government contract |
|---|---|
| | |

_**0**_   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re **STEVEN LLOYD ANDERSON**                                   Case No _____

---
                                              Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors Include all guarantors and co-signers In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

■  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

<u>  0  </u>  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re  **STEVEN LLOYD ANDERSON**                                    Case No._____

_____,
                              Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP **SON** | AGE **16** |
| **Divorced** | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **LONG RANGE PLANNER - MAINTENANCE** | |
| Name of Employer | **ORANGE COUNTY** | |
| How long employed | **18 YEARS** | |
| Address of Employer | **Orlando, FL 32801** | |

| INCOME  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **3,069 73** | $ | **N/A** |
| Estimated monthly overtime | $ | **0.00** | $ | **N/A** |
| SUBTOTAL | $ | **3,069.73** | $ | **N/A** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a  Payroll taxes and social security | $ | **603 14** | $ | **N/A** |
| b  Insurance | $ | **88.14** | $ | **N/A** |
| c  Union dues | $ | **0.00** | $ | **N/A** |
| d  Other (Specify) **403 B** | $ | **100.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **791.28** | $ | **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,278.45** | $ | **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **N/A** |
| Income from real property | $ | **0.00** | $ | **N/A** |
| Interest and dividends | $ | **0.00** | $ | **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| Social security or other government assistance (Specify) _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| Pension or retirement income | $ | **0.00** | $ | **N/A** |
| Other monthly income (Specify) _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| TOTAL MONTHLY INCOME | $ | **2,278.45** | $ | **N/A** |
| TOTAL COMBINED MONTHLY INCOME | $ | **2,278.45** | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

# United States Bankruptcy Court
## Middle District of Florida

In re **STEVEN LLOYD ANDERSON**

_____

Debtor(s)

Case No _____

Chapter **13** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief

Date __6/17/04__

Signature _____

**STEVEN LLOYD ANDERSON**

Debtor

*Penalty for making a false statement or concealing property* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U S C §§ 152 and 3571

# United States Bankruptcy Court
## Middle District of Florida

In re **STEVEN LLOYD ANDERSON**                              Case No _____

                                    Debtor(s)                Chapter    **13**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

## DEFINITIONS

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C  § 101

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the **two years** immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$18,000.00** | **2004 EMPLOYMENT** |
| **$34,000.00** | **2003 EMPLOYMENT** |
| **$33,545.00** | **2002 EMPLOYMENT** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade  profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case  Give particulars  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE |
|---|---|
| **$17,000 00** | **2003 INHERITANCE, MONEY USED TO PURCHASE CAR, CLOTHING AND LIVING EXPENSES.** |

**3. Payments to creditors**

None
■    a List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■    b List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. V. STEVEN L. ANDERSON 04-CA-191-14** | **MORTGAGE FORECLOSURE** | **CIRCUIT COURT SEMINOLE CO, FL** | **PENDING** |

None
■    b Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICE OF PAUL L. URICH, P A 1510 E. COLONIAL DRIVE SUITE 204 Orlando, FL 32803** | **6/04** | **$2,535 -4500 DOWN = $2035** |

### 10. Other transfers

None
■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor s spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case

     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D NO (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b   Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor s or has been in business, as defined above, within the six years immediately preceding the commencement of this case A debtor who has not been in business within those six years should go directly to the signature page )*

### 19. Books, records and financial statements

None ■  a  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None ■  b  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

NAME                         ADDRESS                            DATES SERVICES RENDERED

None ■  c  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor  If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■  d  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None ■  a  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

|                    |                      | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY  | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■  b  List the name and address of the person having possession of the records of each of he two inventories reported in a , above

|                    | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY  | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

NAME AND ADDRESS                  NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■  b  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

|                    |        | NATURE AND PERCENTAGE |
| NAME AND ADDRESS   | TITLE  | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None
■
   a  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case

NAME                ADDRESS            DATE OF WITHDRAWAL

None
■
   b  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case

NAME AND ADDRESS           TITLE         DATE OF TERMINATION

**23  Withdrawals from a partnership or distributions by a corporation**

None
■
   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses  loans  stock redemptions  options exercised and any other perquisite during **one year** immediately preceding the commencement of this case

NAME & ADDRESS
OF RECIPIENT,           DATE AND PURPOSE
RELATIONSHIP TO DEBTOR     OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■
   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■
   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date    6/17/04        Signature

                            **STEVEN LLOYD ANDERSON**
                            Debtor

*Penalty for making a false statement*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 and 3571

# United States Bankruptcy Court
## Middle District of Florida

In re  **STEVEN LLOYD ANDERSON**

_____

Debtor(s)

Case No _____

Chapter  **13** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1  Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,535.00 |
| Prior to the filing of this statement I have received | $ | 500 00 |
| Balance Due | $ | 2,035.00 |

2  $ **0.00** of the filing fee has been paid

3  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify)

4  The source of compensation to be paid to me is

    ■ Debtor     ☐ Other (specify)

5  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached

6  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including
  a   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy,
  b   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required,
  c   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof,
  d   [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7  By agreement with the debtor(s), the above-disclosed fee does not include the following service
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

Dated  6-18-07

Paul L. Urich 0088780
Law Offices of Paul L. Urich, P.A
1510 East Colonial Drive
Suite 204
Orlando, FL 32803
407-896-3077  Fax. 407-896-3041