UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Steven Anderson

CASE NO.: 6:04-bk-07077-ABB
CHAPTER 13

Debtor_____/

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

**COMES NOW** the Debtor(s), Steven Anderson, by and through the undersigned counsel, and hereby serve notice to this honorable Court that the mailing address for the Debtor has changed:

| **Old Address** | **New Address** |
|---|---|
| **114 Larkspur Dr.** | **3368 Grey Fox Cove** |
| **Altamonte Springs, FL 32701** | **Apopka, FL 32703** |

DATED THIS 29TH DAY OF MAY 2009.

_/s/_
Steven Anderson, Debtor

## CERTIFICATE OF SERVICE OF CHANGE OF DEBTOR'S ADDRESS

**I HEREBY CERTIFY** that I have forwarded a true and correct copy of the Debtor's Notice of Change of Address, by electronic transmission or by United States Regular mail, postage prepaid, to all creditors and interested parties, as shown on the attached Court mailing matrix, on this 29th day of May, 2009.

LAW OFFICES OF PAUL L. URICH, P.A.
/s/ Paul L. Urich, Esq.
Paul L. Urich, ESQUIRE
1510 E. Colonial Drive, Suite 204
Orlando, Florida 32803
407/896-3077 Telephone
407/896-3041 Facsimile
Attorney for Debtor
Florida Bar No 0088780

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:04-bk-07077-ABB<br>Middle District of Florida<br>Orlando<br>Fri May 29 13:39:47 EDT 2009 | Steven Lloyd Anderson<br>114 Larkspur Drive<br>Altamonte Springs, FL 32701-5217 | Anderson Fin Network<br>Po Box 3427<br>Bloomington, IL 61702-3427 |
| At&t Wireless<br>151 S Wymore Rd<br>Altamonte Sprin, FL 32714-4224 | Attention Llc<br>Po Box 2308<br>Sherman, TX 75091-2308 | Attention!<br>2812 Spring Rd Ste 250<br>Atlanta, GA 30339-3003 |
| B-Line, LLC/Cross Country Bank<br>B-Line, LLC<br>c/o Weinstein, Treiger & Riley, P.S.<br>2101 4th Ave, Suite #900<br>Seattle, WA 98121-2339 | BellSouth Telecommunications Inc<br>29EF1-301 W Bay St<br>Jacksonville, FL  32202 | Bellsouth<br>Po Box 740315<br>Atlanta, GA 30374-0315 |
| Cbcs<br>236 East Towne<br>Columbus, OH 43215-4631 | Collection Bureau Of Orlando<br>1595 South Semoran Boulevard<br>Winter Park, FL 32792-5544 | Collection Bureau Of Orlando<br>Po Box 6060<br>Winter Park, FL 32793-6060 |
| Credit Control<br>498 Palm Springs Blv Ste 345<br>Altamonte Sprin, FL 32701-7806 | Credit Interchange<br>Po Box 1335<br>Buffalo, NY 14240-1335 | Cross Country Bank<br>Po Box 15371<br>Wilmington, DE 19850-5371 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee, FL  32314-6668 | Florida Hospital<br>Po Box 538800<br>Orlando, FL 32853-8800 | Florida Radiology Assc<br>Po Box 150505<br>Altamonte Sprin, FL 32715-0505 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Joe Riley<br>Po Box 948075<br>Maitland, FL 32794-8075 | Kass Shuler Solomon Et Al<br>1505 N Florida Ave<br>Po Box 800<br>Tampa, FL 33601-0800 |
| Richard S. McIver<br>Kass, Shuler, Solomon, Spector et al<br>Post Office Box 800<br>Tampa, FL 33601-0800 | Mci<br>Po Box 4450<br>Bridgeton, MO 63044-0450 | MidFirst Bank<br>999 N.W. Grand Blvd., Suite 100<br>Oklahoma City, OK 73118-6077 |
| Midfirst Bank<br>c/o Richard S. McIver<br>1505 N. Florida Ave.<br>P. O. Box 800<br>Tampa, FL 33601-0800 | Midland Mortgage<br>Po Box 26648<br>Oklahoma City, OK 73126-0648 | Midland Mtg Co./Oklahoma<br>999 NW Grand Blvd.<br>Oklahoma City, OK 73118-6116 |
| Moroose Reynolds Et Al<br>661 E Altamonte Drive St 312<br>Altamonte Sprin, FL 32701-5103 | Nbgl-parisian<br>750 Lakeshore Pkwy<br>Birmingham, AL 35211-4400 | Ncofincmain<br>Po Box 41457<br>Philadelphia, PA 19101-1457 |

| | | |
|---|---|---|
| Park Danson<br>113 W 3rd Ave<br>Gastonia, NC 28052-4320 | Plaza Assc<br>Po Box 18008<br>Hauppauge, NY 11788-8808 | Professional Collection<br>Po Box 538092<br>Orlando, FL 32853-8092 |
| Providian<br>PO Box 660490<br>Dallas, TX 75266-0490 | Providian<br>Po Box 9180<br>Pleasanton, CA 94566-9180 | Roundup Funding LLC<br>MS 550<br>Post Office Box 91121<br>Seattle, WA 98111-9221 |
| (p)SMC<br>PO BOX 19249<br>SUGAR LAND TX 77496-9249 | SMC-c/o Parisians<br>PO Box 19249<br>Sugar Land, TX 77496-9249 | Seminole County Tax Collector<br>Ray Valdes<br>Post Office Box 630<br>Sanford, FL 32772-0630 |
| Seminole County Tax Collector<br>Attn: Ray Valdes<br>1101 East First Street<br>Sanford, FL 32771-1468 | Sherman Acquisition LP<br>PO Box 10587<br>Greenville, SC 29603-0587 | Sprint<br>Po Box 740602<br>Cincinnati, OH 45274-0602 |
| Sterling And King<br>500 Sr 436 Ste 20742<br>Casselberry, FL 32707-5387 | Txacociti<br>Po Box 15687<br>Wilmington, DE 19850-5687 | Paul L Urich<br>Law Office of Paul L Urich PA<br>1510 East Colonial Drive<br>Suite 204<br>Orlando, FL 32803-4734 |
| Usa Enterprises Inc!<br>A Debt Collection Agency<br>78a Tracey Road<br>Huntingdon Vall, PA 19006-4222 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Zenith Acquisition Corp.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374-0933 |
| Zenith Acquistions<br>220 John Gleen Dr<br>Amherst, NY 14228-2228 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Special Procedures<br>400 West Bay Street, Suite 35045<br>Jacksonville, FL 32202-4437 | SMC<br>c/o Amyu Shiek<br>PO Box 19249<br>Sugar Land, TX 77496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arthur B. Briskman<br>Orlando | (d)Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients    2<br>Total    50 |